# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TANYA R. POE  
3324 SABLEWOOD #3  
ROCKFORD, IL 61101  

SSN-xxx-xx-5497

Case Number: 05-74259

Case filed on: 8/20/2005  
Plan Confirmed on: 10/14/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,695.60

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 800.00 | 800.00 | 800.00 | 0.00 |
|  | Total Legal | 800.00 | 800.00 | 800.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 959.49 | 959.49 | 959.49 | 0.00 |
|  | Total Priority | 959.49 | 959.49 | 959.49 | 0.00 |
| 999 | TANYA R. POE | 0.00 | 0.00 | 139.19 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 139.19 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 32.10 | 32.10 | 32.10 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ARTHUR RETTIG, M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSOCIATED NAT'L COLL BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BEREAN BAPTIST SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECKS FOR CASH | 1,262.70 | 1,262.70 | 1,262.70 | 0.00 |
| 007 | CREDIT MANAGEMENT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SWEDISH AMERICAN ER PHYSICIANS | 177.00 | 177.00 | 177.00 | 0.00 |
| 011 | EDUCATIONAL CREDIT MANAGEMENT | 4,139.52 | 4,139.52 | 4,139.52 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 597.95 | 597.95 | 597.95 | 0.00 |
| 013 | PEARLINE POE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | TINA RAINER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | UNITED RECOVERY SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS STUDENT ASSISTANCE COMM | 2,639.27 | 2,639.27 | 2,639.27 | 0.00 |
| 019 | ILLINOIS STUDENT ASSISTANCE COMM | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PORTFOLIO RECOVERY ASSOCIATES | 615.40 | 615.40 | 615.40 | 0.00 |
| 021 | SWEDISH AMERICAN HOSPITAL | 613.71 | 613.71 | 613.71 | 0.00 |
|  | Total Unsecured | 10,077.65 | 10,077.65 | 10,077.65 | 0.00 |
|  | Grand Total: | 11,837.14 | 11,837.14 | 11,976.33 | 0.00 |

Total Paid Claimant: $11,976.33  
Trustee Allowance: $719.27  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008      By /s/Heather M. Fagan